**May 25, 2005**

**U.S. District Court - District of Rhode Island**
**v.**
**John E. Carr, Pro Se** [redacted] 05 258T
**<u>Disability Complaint</u>**

**RE: EEOC Charge No. 16J-2003-00194**
**North Kingstown School Committee Jointly and Severally, E. Jane Kondon, Principal, and Cynthia Olobri, Finance Director**

**My name is John E. Carr, Pro Se. I reside at 34 Narragansett Avenue in Pawtucket, Rhode Island 02861**

**I received the right to sue letter from the Equal Employment Opportunity Commission and I am filing a suit based on the Americans with Disabilities Act. I have enclosed a formal complaint letter that addresses how my contract was not renewed as a result of my disabilities. It is important to note that my contract was renewed for the 2002-2003 school year and I was informed by the North Kingstown School Department that my contract was not being renewed for the following school year based on "job performance"; however, there was no such "job performance" during the 2002-2003 school year due to my disabilities.**

**Despite some employment issues with the school department toward the end of the 2001-2002 school year, my contract was renewed for the 2002-2003 school year. The North Kingstown School Department has violated by rights by claiming that my dismissal was based on "job performance" under a previous contract. I contend that their basis for my dismissal is moot and since I was unable to work due to my disabilities the North Kingstown School Department was just looking for a reason not to renew my contract for the 2003-2004 school year. I was physically unable to navigate the three-floor building and despite formally requesting a reasonable accommodation the school department chose not to renew my contract. I received written notification that my contract would not be renewed after I had just previously requested an accommodation concerning the use of stairs. Not only was my request for a reasonable accommodation denied, but I also believe that my civil rights were violated under the Rhode Island Fair Employment Practices Act when I subsequently received a written notification from the North Kingstown School Department stating that my contract would not be renewed.**

**In closing, I am filing suit since the North Kingstown School Department unlawfully chose not to renew my contract based on my disabilities -- not on my abilities -- which is in direct violation of my human rights.**

**Respectfully yours,**

John E. Carr

**John E. Carr**

34 Narragansett Avenue
Pawtucket, RI
02861
(401) 726-4976

Ms. Jane Kondon, the Principal at Davisville Middle School in North Kingstown, RI, asked me to call down to the Chariho Regional School District, my former employer of 10-plus years, to blackball a former assistant principal at Davisville Middle School by the name of Ms. Kristy Hebert. Although I had never met Ms. Hebert, Ms. Kondon directed me to call Chariho to spread the word that Ms. Hebert is bi-polar and to inform Chariho not to hire her. Ms. Kondon referred to Ms. Hebert as a "crazy lady". I refused Ms. Kondon's directive to blackball Ms. Hebert stating that I had never even met the woman and would not follow her directive. As a result Ms. Kondon began to harass me during the remainder of the school year. Shortly after this incident I became extremely ill with bronchitis and other respiratory illnesses that lasted for the remainder of the school year. I was under the care of Dr. Richard J. Ruggieri (401) 521-1221 who provided the North Kingstown School Department with all pertinent information regarding my illness. As a result of my bronchitis and sleep apnea, which is protected under the American Disabilities Act of 1990, I missed some time at work. Ms. Kondon continued to harass me concerning my absences that were documented by my physician. Ms. Kondon threatened me by stating, "You do want to work here next year, don't you?" And, "Rhode Island is a small state and everybody talks." I ran into some difficulties with Ms. Kondon at the end of the school year. Mr. William Daly, the North Kingstown School Department Director of Human Resources, attempted to intervene. In one meeting in the presence of Mr. Daly, Ms. Kondon said there was something psychologically wrong with me. I asked Mr. Daly to please take note of Ms. Kondon's remark about my mental well-being and that I would be contacting the Commission for Human Rights concerning Ms. Kondon's harassment, discrimination, and unfair treatment and labeling of me. Ms. Kondon further harassed me by sending her brother into my office to further intimidate me. Ms. Kondon's brother, Harvey Solomon, who is not an employee of the North Kingstown School Department, barged into my office and told me he didn't appreciate the way I was treating his sister. Ms. Kondon also undermined my authority with some female staff members at the end of the school year. After Ms. Kondon had missed a great deal of time due to her mother's terminal illness and death, Ms. Kondon returned to work and continued harassing me. She summoned me to her office without prior notice and informed me to keep my mouth shut and listen to the complaints of several female staff members. I informed Ms. Kondon this was a classic case of gender bias and that I would be

notifying the Commission of Human Rights and the State Department of Education. Mr. William Daly also violated my rights by informing Ms. Ella Whaley, a sixth grade teacher at Davisville Middle School and a member of the South Kingstown School Committee, that the North Kingstown School Department was trying to get rid of me. Mr. Daly's remarks were humiliating and unprofessional. The North Kingstown School Department once again was guilty of violating my rights and harassing me. Mr. Daly had previously told me that my employment rights were a confidential matter. At a meeting on Aug. 29, 2002, Dr. James Halley informed me that I would be given a fourth strike, although he never mentioned either speaking or in writing what the first three strikes against me were. Dr. Halley's comment was made in front of my attorney, Ms. Lynette Labinger (401) 421-9794, Mr. Daly, Ms. Kondon, and Mr. Peter Olsen, the attorney representing the North Kingstown School Department. I received a four-day unpaid suspension (Sept. 3, 2002, through Sept. 6, 2002) for problems that I allegedly had with Ms. Kondon the previous school year. Although I allegedly had problems with Ms. Kondon in 2001-2002, my contract was renewed for 2002-2003. In December, 2002, I requested an accommodation concerning use of stairs when I returned to work. This accommodation was requested from Dr. David B. Swanson (401) 725-2264, my chiropractic physician, who had been treating me. Two weeks after the request for an accommodation on Jan. 5, 2003, Dr. Halley informed me in writing that he would be recommending the non-renewal of my contract to the North Kingstown School Committee. Dr. Halley had informed my attorney and me at the Aug. 29, 2002, meeting, that I would be treated fairly and given a fourth strike. This obviously did not occur. Also, on Feb. 12, 2003, Dr. Halley informed the North Kingstown School Committee that I had been suspended for 10-unpaid days in September 2002, due to difficulties with Ms. Kondon. This statement to the North Kingstown School Committee was an outright lie and further harassment and discrimination by a representative of the North Kingstown School Department Administration. This harassment by Ms. Jane Kondon, Mr. William Daly, and Dr. James Halley has caused me to suffer from stress, anxiety, and depression.

Sincerely,

John E. Carr, Pro Se John E. Carr

John E. Carr

34 Narragansett Avenue
Pawtucket, RI 02861
(401) 726-4976